

RECEIVED

SEP - 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| DENNIS THOMAS | * | CIVIL ACTION NO. 12-0575 |
| VERSUS | * | JUDGE DONALD WALTER |
| WARDEN, WINN CORRECTIONAL CENTER | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *habeas corpus* under 28 U.S.C. § 2254 [docs. # 1] is hereby **DENIED and DISMISSED with prejudice.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's motion for Judgment on the Pleadings [doc. # 18] is **DENIED** as moot..

THUS DONE AND SIGNED this 3 day of September, 2013, in Monroe, Louisiana.

Donald Walter
DONALD WALTER
UNITED STATES DISTRICT JUDGE